IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-01877-WYD-CBS

LISA ANDERSON,

    Plaintiff,

v.

ENHANCED RECOVERY CORPORATION; and
DOES 1-10, inclusive,

    Defendants.

---

**ORDER**

---

THIS MATTER is before the Court on Defendant Enhanced Recovery Corporation's Motion for More Definite Statement pursuant to Fed. R. Civ. P. 12(e), filed September 20, 2010 [ECF No. 3].

Plaintiff filed a Complaint in this matter on August 5, 2010, alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and the Colorado Fair Debt Collection Practices Act, Colo. Rev. Stat. § 12-14-1010, *et seq.* Plaintiff alleges, among other things, that Defendant placed multiple telephone calls to her residence every single morning, including weekends, over a long period of time, despite Plaintiff's request that Defendant not contact her in the early morning. In the motion, Defendant asserts that the allegations in the Complaint are too vague to allow it to respond meaningfully. Specifically, Defendant states that it has no record or account in the

name of Plaintiff and requests that Plaintiff provide the telephone number alleged to have been called.  To date, Plaintiff has not filed a response to the motion.

A party may move for a more definite statement under Rule 12(e) if it "cannot formulate a responsive pleading because the factual allegations are too sparse." *Perington Wholesale, Inc. v. Burger King Corp.*, 631 F.2d 1369, 1371 (10th Cir. 1979).  In this case, I find that Plaintiff must provide the telephone number allegedly called so that Defendant can examine its records, conduct a meaningful investigation and respond to Plaintiff's allegations.  Accordingly, it is

ORDERED that Defendant Enhanced Recovery Corporation's Motion for More Definite Statement, filed September 20, 2010 [ECF No. 3] is **GRANTED**.  It is

FURTHER ORDERED that Plaintiff is granted leave to file an amended complaint that includes the telephone number that was allegedly called by Defendant Enhanced Recovery Corporation within twenty (20) days of the date of this Order.  It is

FURTHER ORDERED that Defendant shall file an answer or other responsive pleading to the amended complaint within the time allowed by the Federal Rules.

Dated:  October 21, 2010

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
Chief United States District Judge